**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>EIGHTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>SEMINOLE</u>   COUNTY, FLORIDA

<u>Eric A. Knapp</u>
Plaintiff

Case # <u>2023CA004075</u>
Judge _____

vs.

<u>VGW Holdings Limited</u>
Defendant

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.   TYPE OF CASE**     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

  5

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☒ yes
  ☐ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ no
  ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ yes
  ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
  ☐ yes
  ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Dennis Wells                    Fla. Bar # 368504
            Attorney or party                              (Bar # if attorney)

Dennis Wells                    12/01/2023
  (type or print name)              Date

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CIVIL ACTION NO: 2023CA004075

ERIC A. KNAPP,
On behalf of himself and all
Other Florida citizens similarly situated,

           Plaintiff,      **CLASS REPRESENTATION**

vs.

VGW HOLDINGS LIMITED, VGW MALTA LIMITED, VGW LUCKYLAND INC., VGW GP LIMITED, FIDELITY NATIONAL INFORMATION SERVICES, INC., a Florida Corporation, and WORLDPAY, INC., a Delaware Corporation,

           Defendants.
_____/

**SUMMONS ON COMPLAINT**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR SHERIFFS OF FLORIDA:

      You are hereby commanded to serve this Summons and a copy of the COMPLAINT in the above-styled cause upon the following:

VGW HOLDINGS LIMITED
L 11, Australia Place
15-17 William Street
Perth, Western Australia 6000
Australia

      Each Defendant is hereby required to serve written defenses, if any, and request a hearing, if desired, to said Complaint on Plaintiffs' attorney, whose address is:

Dennis Wells
Webb & Wells, P.A.
P.O. Box 915432
Longwood, Florida 32779

within twenty (20) days after service of this Summons upon you, exclusive of the day of service,

and to file the original of your written defenses and request for hearing with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter.   If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.

WITNESS MY HAND AND SEAL of said Court on the 4th day of December , A.D., 2023.

                        Grant Maloy
                CLERK OF THE CIRCUIT COURT And Comptroller

/s/ Deborah Conant     592023CA0040750000XX
12/04/2023 04:04:04 PM
By: 61b0f2b8-3067-4f24-8ab4-9593de470531
                    Deputy Clerk
                      (S E A L)

UNOFFICIAL

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CIVIL ACTION NO: 2023CA004075

ERIC A. KNAPP,
On behalf of himself and all
Other Florida citizens similarly situated,

                Plaintiff,      **CLASS REPRESENTATION**

vs.

VGW HOLDINGS LIMITED, VGW
MALTA LIMITED, VGW LUCKYLAND INC.,
VGW GP LIMITED, FIDELITY NATIONAL
INFORMATION SERVICES, INC., a Florida
Corporation, and WORLDPAY, INC., a Delaware
Corporation,

                Defendants.
_____/

## SUMMONS ON COMPLAINT

THE STATE OF FLORIDA:
TO ALL AND SINGULAR SHERIFFS OF FLORIDA:

      You are hereby commanded to serve this Summons and a copy of the COMPLAINT in the above-styled cause upon the following:

VGW GP LIMITED
Trident Park
Notabile Gardens No6
Level 3 Central Business District
Mdina Road, Zone 2
BIRKIRKARA, Malta

      Each Defendant is hereby required to serve written defenses, if any, and request a hearing, if desired, to said Complaint on Plaintiffs' attorney, whose address is:

Dennis Wells
Webb & Wells, P.A.
P.O. Box 915432
Longwood, Florida 32779

within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of your written defenses and request for hearing with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.

WITNESS MY HAND AND SEAL of said Court on the 4th day of December, A.D., 2023.

Grant Maloy
CLERK OF THE CIRCUIT COURT  And Comptroller

By: /s/ Deborah Conant     592023CA0040750000XX
    12/04/2023 04:06:06 PM
    3f9363f5-f20c-47f6-b690-4efbdfd8961c
Deputy Clerk
(S E A L)

UNOFFICIAL

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CIVIL ACTION NO: 2023CA004075

ERIC A. KNAPP,
On behalf of himself and all
Other Florida citizens similarly situated,

        Plaintiff,     **CLASS REPRESENTATION**

vs.

VGW HOLDINGS LIMITED, VGW
MALTA LIMITED, VGW LUCKYLAND INC.,
VGW GP LIMITED, FIDELITY NATIONAL
INFORMATION SERVICES, INC., a Florida
Corporation, and WORLDPAY, INC., a Delaware
Corporation,

        Defendants.
_____/

## **SUMMONS ON COMPLAINT**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR SHERIFFS OF FLORIDA:

    You are hereby commanded to serve this Summons and a copy of the COMPLAINT in the above-styled cause upon the following:

VGW LUCKYLAND INC.
Care of Paracorp Incorporated
2140 S. DuPont Hwy.
Camden Delaware 19934

    Each Defendant is hereby required to serve written defenses, if any, and request a hearing, if desired, to said Complaint on Plaintiffs' attorney, whose address is:

Dennis Wells
Webb & Wells, P.A.
P.O. Box 915432
Longwood, Florida 32779

within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of your written defenses and request for hearing with the Clerk of this

Court either before service on Plaintiff's Attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.

WITNESS MY HAND AND SEAL of said Court on the 4th day of December, A.D., 2023.

Grant Maloy
CLERK OF THE CIRCUIT COURT And Comptroller

/s/ Deborah Conant   592023CA0040750000XX
12/04/2023 04:06:59 PM
By: 119a0449-4773-4a2c-a36a-f8e836e9e1e8
Deputy Clerk
(S E A L)

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CIVIL ACTION NO: 2023CA004075

ERIC A. KNAPP,
On behalf of himself and all
Other Florida citizens similarly situated,

       Plaintiff,   **CLASS REPRESENTATION**

vs.

VGW HOLDINGS LIMITED, VGW
MALTA LIMITED, VGW LUCKYLAND INC.,
VGW GP LIMITED, FIDELITY NATIONAL
INFORMATION SERVICES, INC., a Florida
Corporation, and WORLDPAY, INC., a Delaware
Corporation,

       Defendants.
_____/

**SUMMONS ON COMPLAINT**

THE STATE OF FLORIDA:
TO ALL AND SINGULAR SHERIFFS OF FLORIDA:

  You are hereby commanded to serve this Summons and a copy of the COMPLAINT in the above-styled cause upon the following:

    FIDELITY NATIONAL INFORMATION SERVICES, INC.
      c/o C T Corporation System
      1200 South Pine Island Road
       Plantation, FL. 33324

  Each Defendant is hereby required to serve written defenses, if any, and request a hearing, if desired, to said Complaint on Plaintiffs' attorney, whose address is:

       Dennis Wells
      Webb & Wells, P.A.
      P.O. Box 915432
     Longwood, Florida 32779

within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of your written defenses and request for hearing with the Clerk of this

Court either before service on Plaintiff's Attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.

WITNESS MY HAND AND SEAL of said Court on the 4th day of December, A.D., 2023.



Grant Maloy
CLERK OF THE CIRCUIT COURT And Comptroller

/s/ Deborah Conant    592023CA0040750000XX
12/04/2023 04:07:49 PM
By: 160e325a-7a61-4b23-ba4a-3580ec5d76a1
Deputy Clerk
(S E A L)

UNOFFICIAL

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CIVIL ACTION NO: 2023CA004075

ERIC A. KNAPP,
On behalf of himself and all
Other Florida citizens similarly situated,

    Plaintiff,  **CLASS REPRESENTATION**

vs.

VGW HOLDINGS LIMITED, VGW
MALTA LIMITED, VGW LUCKYLAND INC.,
VGW GP LIMITED, FIDELITY NATIONAL
INFORMATION SERVICES, INC., a Florida
Corporation, and WORLDPAY, INC., a Delaware
Corporation,

    Defendants.
_____/

## SUMMONS ON COMPLAINT

THE STATE OF FLORIDA:
TO ALL AND SINGULAR SHERIFFS OF FLORIDA:

  You are hereby commanded to serve this Summons and a copy of the COMPLAINT in the above-styled cause upon the following:

WORLDPAY, INC.
c/o The Corporation Trust Compamy
Corporation Trust Center
1209 Orange Street
Wilmington, DE   19801

  Each Defendant is hereby required to serve written defenses, if any, and request a hearing, if desired, to said Complaint on Plaintiffs' attorney, whose address is:

Dennis Wells
Webb & Wells, P.A.
P.O. Box 915432
Longwood, Florida 32779

within twenty (20) days after service of this Summons upon you, exclusive of the day of service,

and to file the original of your written defenses and request for hearing with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.

WITNESS MY HAND AND SEAL of said Court on the 4th day of December, A.D., 2023.

Grant Maloy
CLERK OF THE CIRCUIT COURT And Comptroller

By: /s/ Deborah Conant    592023CA0040750000XX
12/04/2023 04:08:52 PM
3d948fc6-677d-491b-8ee3-652103bc7988
Deputy Clerk
(S E A L)

UNOFFICIAL

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CIVIL ACTION NO: 2023CA004075

ERIC A. KNAPP,
On behalf of himself and all
Other Florida citizens similarly situated,

        Plaintiff,         **CLASS REPRESENTATION**

vs.

VGW HOLDINGS LIMITED, VGW
MALTA LIMITED, VGW LUCKYLAND INC.,
VGW GP LIMITED, FIDELITY NATIONAL
INFORMATION SERVICES, INC., a Florida
Corporation, and WORLDPAY, INC., a Delaware
Corporation,

        Defendants.
_____/

**CASE MANAGEMENT PLAN**

**(GENERAL)**

| 1. Date of First Response (i.e. Answer, Notice of appearance, Motion for Extension of Time, Motion to Dismiss) | The date of the first filing |
|---|---|
| 2. Deadline for adding new parties, amendment of pleadings | Should be 60-90 days since response date |
| 3. Deadline for Witness & Exhibit List (Witnesses MUST be listed by actual NAME of the witness, and not by designation (i.e., use of such designations as "Corporate Representative," "Records Custodian," "Adjustor," or "IME Doctor" standing alone is insufficient) | Should be 60-90 days before Trial |
| 4. Deadline for Expert Disclosure | Should be 150-180 days prior to projected trial date for Plaintiff |
| (Parties should furnish opposing counsel with the Names and addresses of all expert witnesses under Rule 1.390(a) to be called at trial and all information regarding expert testimony that is required by Rule 1.280(b)(5). Each party is limited to one expert per specialty. No other expert testimony should be permitted at trial. Information furnished pursuant to this paragraph should be timely filed with the Clerk of Court. | Should be 120-150 days prior to projected trial date for Defendant |
| 5. Objections to pleadings | Should be resolved 150-180 days prior to projected trial date |
| 6. Deadline for Discovery Completion (including Depositions) | Should be 15-30 days prior to projected trial date |
| 7. Deadline for Dispositive Motions, including *Daubert* Motions- Failure to do so shall constitute a waiver at Trial of any Daubert related evidence objection or issue | Should be heard 15-30 days prior to projected trial date |

| | |
|---|---|
| Responsibility for scheduling of the Hearing shall be upon the party filing the Motion or Objection. | |
| 8. Deadline for Mediation: | Should be 45-60 days prior projected trial date |
| 9. Trial Date | Must include estimated length of trial and projected date trial is desired to commence no later than 18 months from date of service of last defendant |

**The parties are to meet, review, and discuss the Case Management Plan to agree upon dates according to the guidelines set forth in the above Case Management Plan. The parties are to sign the certification below and submit the proposed Case Management Order with the agreed upon dates to the Court for approval and signature.**

UNOFFICIAL

**I hereby certify that I have that all parties have met and conferred regarding all proposed dates for the Case Management Plan and Case Management Order and certify that all dates proposed in the Case Management Order have been agreed to by the parties.**

**Date: _____**

**Signature of Counsel and Unrepresented Parties. Counsel must state FL Bar number. Unrepresented parties must include email address for service.**

_____  _____

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CIVIL ACTION NO: 2023CA004075

ERIC A. KNAPP,
On behalf of himself and all
Other Florida citizens similarly situated,

      Plaintiff,        **CLASS REPRESENTATION**

vs.

VGW HOLDINGS LIMITED, VGW
MALTA LIMITED, VGW LUCKYLAND INC.,
VGW GP LIMITED, FIDELITY NATIONAL
INFORMATION SERVICES, INC., a Florida
Corporation, and WORLDPAY, INC., a Delaware
Corporation,

      Defendants.
_____/

**CASE MANAGEMENT ORDER**

  Pursuant to the dictates of Administrative Order AOSC20-23 of the Florida Supreme Court, and AO 21-24, Eighteenth Judicial Circuit, it is, hereby,

  **ADJUDGED** that the following deadlines are applicable to this action, and that same will be strictly applied by the Court:

  The projected date of trial for this matter is the trial docket beginning **month/day/year**. A firm trial date will be ordered by the presiding judge. The Court issues an Order Setting Pre-Trial Conference and Trial Date within at least 120 days from the projected trial docket.

  Any request(s) for the addition of new parties, or amendments to the pleadings, shall be served within _____ days from the response date.

  The fact witnesses and exhibits of all parties shall be disclosed to all other parties no later than _____ days prior to the above projected trial date.

All Plaintiff's Expert Witnesses shall be disclosed to all other parties no later than _____ days prior to the above projected trial date. Defendant's Expert Witnesses shall be disclosed to all other parties within 30 days thereafter.

All fact AND expert discovery shall be completed no later than _____ days prior to the above projected trial date.

All objections to the pleadings, and all pre-trial motions shall be resolved no later than ____ days prior to the above projected trial date.

Dispositive Motions, including *Daubert* Motions, shall be resolved no later than _____ days prior to the above projected trial date.

Mediation shall be completed no later than _____ days prior to the above projected trial date.

## ORDER

**THE COURT,** having reviewed the preceding Case Management Dates, finding them to be satisfactory. Accordingly, it is hereby **ORDERED** that

1. **COMPLIANCE WITH THIS CASE MANAGEMENT ORDER:** The parties shall strictly comply with the terms of this Case Management Plan and Case Management Order unless otherwise ordered by the Court. FAILURE TO COMPLY WITH ALL THE REQUIREMENTS OF THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.

2. **ADDITIONAL EIGHTEENTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the following: (i) **Amended Administrative Order Establishing the Eighteenth Judicial Circuit Courtroom Decorum Policy (AO 09-06)**; and (ii) **any division-specific guidelines and policies that may be applicable**.

3. **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation and Court order in accordance with applicable law.

4. **NOTICES FOR TRIAL:** Parties may file a Notice for Trial if they are ready for trial more than 120 days prior to the above projected trial date. The Plaintiff shall confer with opposing counsel/party regarding the anticipated length of trial and file a Notice for Trial. The Plaintiff shall forward a copy of the Notice for Trial to the Case Manager at the email address noted on the Eighteenth Judicial Circuit website.

5. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without court intervention whenever possible.

6. **SERVICE OF THIS ORDER:** Counsel is ordered to promptly serve and file proof with the Clerk, no more than five (5) business days from the date of this Order that all *pro se* parties, subsequently named or appearing herein, have been served copies of this Order. In the event a party is unrepresented and has not designated an email address for purposes of electronic service, counsel for Plaintiff shall be

responsible for serving this Order and all future orders of the Court via a non-electronic means (U.S. mail, Federal Express or the equivalent) and shall file a Certificate of Service with the Court indicating who was served, the date of service, and the method of service (including any address or email used) within three (3) business days. If Plaintiff is unrepresented, Counsel for the Defendant shall have this same obligation. If all parties are unrepresented, the Plaintiff shall provide stamped addressed envelopes to the Court with submission of this and any other proposed Order.

7. **SETTLEMENT:** *The case will not be removed from the docket until all documents necessary for closure of the case are filed with the Clerk and notification has been provided to the judicial assistant. A notice of settlement is not sufficient to remove the case from the trial docket.*

**DONE AND ORDERED** this _____ day of _____, 20\_\_\_, in _____, _____ County, Florida.

_____
CIRCUIT JUDGE

*<u>A true and correct copy of the foregoing was distributed to all parties by filing and service via the eportal to all attorney(s)/interested parties identified on the eportal Electronic Service List.</u>*

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in your county at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711**