# EXHIBIT 1

# *State Of Delaware*

Entity Details

2/18/2024   3:24:39PM

File Number: 4669304

Incorporation Date / Formation Date:  3/25/2009

Entity Name:  WORLDPAY, INC.

Entity Kind:  Corporation

Entity Type:  General

Residency:  Domestic

State:  DELAWARE

Status:  Merged

Status Date:  6/30/2020

**Registered Agent Information**

Name:  THE CORPORATION TRUST COMPANY

Address:  CORPORATION TRUST CENTER 1209 ORANGE ST

City:  WILMINGTON

Country:

State:  DE

Postal Code:  19801

Phone:  302-658-7581